

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00314-CV

THE CITY OF CORPUS CHRISTI
v.
AGUIRRE PROPERTIES, INC. AND GILBERT AGUIRRE, II

On Appeal from the
347th District Court of Nueces County, Texas
Trial Cause No. 2011DCV-0961-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and 50 % against appellees.

We further order this decision certified below for observance.

December 19, 2013